# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | CHRISTOPHER H. WESTRICK* | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | OF COUNSEL | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | BRIAN H. FENLON | | | MICHAEL CROSS |
| | LINDSEY H. TAYLOR | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | CAROLINE F. BARTLETT | | | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | | | | °MEMBER NY BAR ONLY |
| ELLIOT M. OLSTEIN (1939-2014) | | | | +MEMBER FL BAR ONLY |

January 11, 2018

<u>**VIA ECF**</u>

Honorable Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, New York 11201

        **Re:**    7001 East 71st Street, LLC v. Chubb Custom Insurance Company
                  Civil Action No. 1:13-cv-02898-MKB-MDG

Dear Judge Gold:

      We represent defendant, Chubb Custom Insurance Company, in this matter. The parties' proposed Final Pretrial Order is currently due to be filed with the court on January 19, 2018. Due to a variety of professional and personal obligations, I respectfully request a two-week extension of this date, until February 2, 2018. I have contacted plaintiff's counsel regarding this request, and they have advised that they will not oppose it.

      Thank you for Your Honor's consideration in this regard.

                                          Respectfully yours,

                                  CARELLA, BYRNE, CECCHI,
                                  OLSTEIN, BRODY & AGNELLO

                                  CHRISTOPHER H. WESTRICK

CHW:sz
cc:    Mark Rifkin, Esq.
        Courtney E. Scott, Esq.
        Philip Silverberg, Esq.
        Robert Goodman, Esq.

DOCSLIB-#647544-v1-gold_ltr.docx